**[8ADVNH]** [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                     Case No. 8:13−bk−09719−CPM
                                                           Chapter 7

Avantair, Inc.

_____Debtor(s)_____/

Clifford Press

et al

             Plaintiff(s)
vs.                                                        Adv. Pro. No. 8:14−ap−00319−CPM

Avantair, Inc.

et al

_____Defendant(s)_____/

NOTICE OF STATUS CONFERENCE

   NOTICE IS HEREBY GIVEN THAT:

   A Status Conference will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on March 30, 2015 at 11:00 AM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge , to consider and act upon the following matter:

   Failure to File Settlement Documents
   Status Conference


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED: January 16, 2015 .

        FOR THE COURT
        Lee Ann Bennett , Clerk of Court

        Sam M. Gibbons United States Courthouse
        801 North Florida Avenue, Suite 555
        Tampa, FL 33602

The Clerk's office is directed to serve a copy of this order on interested parties.