United States Bankruptcy Court
Middle District of Florida

Press,
    Plaintiff

Avantair, Inc.,
    Defendant

Adv. Proc. No. 14-00319-CPM

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: cellil      Page 1 of 3      Date Rcvd: Jan 16, 2015
                     Form ID: 8advnh     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2015.

| | | |
|---|---|---|
| dft | +AGC Aviation LLC, | c/o Ann G. Corrigan, Registered Agent, 5944 Luther Lane, Suite1003, Dallas, TX 75225-5942 |
| pla | +Aircraft Ventures, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| dft | +Alternative Ventures LLC, | c/o National Registered Agents, Inc., 160 Greentree Dr., Suite 101, Dover, DE 19904-7620 |
| dft | +Avantair, Inc., | 4311 General Howard Drive, Clearwater, FL 33762-3533 |
| dft | +Bank of Utah, | c/o Douglas L. Defries, Registered Agent and President, 2605 Washington Blvd., Ogden, UT 84401-3613 |
| dft | +Beechwood Associates, LP, | c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801-1196 |
| dft | +Catherine T. Callender, | c/o Jake C. Blanchard, Esq., 12350 S. Belcher Rd., Suite 13B, Largo, FL 33773-3009 |
| pla | +Clifford Press, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| pla | +Corporate Health Plans of America, Inc., | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| dft | +David Hayes, | 3805 River Road, Toledo, OH 43614-4333 |
| dft | +David Schulman, | c/o David Schulman, 1000 Corporate Drive, Suite 700, Ft. Lauderdale, FL 33334-3638 |
| dft | +Douglas and Maureen Cohn, | c/o Jake C. Blanchard, Esq., 12350 S. Belcher Rd., Suite 13B, Largo, FL 33773-3009 |
| dft | +Fins & Feathers, LLC, | c/o Dover Delaware Incorporators, LLC, 225 South State Street, Apt. RBJ, Dover, DE 19901-6727 |
| dft | +Franklin Research Group, Inc., | c/o Brian A. Basil, Registered Agent, 1533 Lake Shore Drive, Columbus, OH 43204-3897 |
| pla | +Greenspring Associates, LLC III, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| dft | +Greg Wendt, | c/o Jake C. Blanchard, Esq., 12350 S. Belcher Road, Suite 13B, Largo, FL 33773-3009 |
| pla | +Heelbuster, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| pla | +International Real Estate Holding Company, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| pla | +Lynn C. Burt, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| pla | +M&T Enterprise Group, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| pla | +Mesquite Air Company, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| dft | +Michael C. Slocum, | c/o Jake C. Blanchard, Esq., 12350 S. Belcher Road, Suite 13B, Largo, FL 33773-3009 |
| dft | +Mrs Air LLC, | c/o Duane M. Sherman, Registered Agent, 6609 Willow Park Dr., Suite 201, Naples, FL 34109-9015 |
| dft | +N724DB LLC, | c/o The Corporation Trust, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801-1196 |
| dft | +Nick's Plane, LLC, | c/o National Registered Agents, Inc., 160 Greentree Dr., Suite 101, Dover, DE 19904-7620 |
| pla | +Robert Burt, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| pla | +Samolot, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| pla | +Sun Financial, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| dft | +Travis Partners, LLC, | c/o Gary D. Sexton, Registered Agent, 7999 Hansen, Suite 317, Houston, TX 77061-3482 |
| dft | +Triad Financial Services, Inc., | c/o Donald FJR Glisson, Registered Agent, 4336 Pablo Oaks Ct., Jacksonville, FL 32224-9631 |
| pla | +Trio Travel, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| pla | +Tudor Court Farms, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| dft | +Vernon and Sherian Plaskett, | c/o Jake C. Blanchard, Esq., 12350 S. Belcher Road, Suite 13B, Largo, FL 33773-3009 |
| pla | +Walsh Willett Aviation, LLC, | c/o Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |

```
District/off: 113A-8              User: cellil                 Page 2 of 3                   Date Rcvd: Jan 16, 2015
                                  Form ID: 8advnh              Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
dft            +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Jan 16 2015 23:12:54      DMGAAIR LLC,
                c/o Corporation Service Company,   2711 Centerville Rd.,   Suite 400,
                Wilmington, DE 19808-1645
dft            +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Jan 16 2015 23:12:55      JV Plane Partners LLC,
                c/o Corporation Service Company,   2711 Centerville Road,   Suite 400,
                Wilmington, DE 19808-1645
dft            +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Jan 16 2015 23:12:55      LW Air II LLC,
                c/o Corporation Service Company,   2711 Centerville Road,   Suite 400,
                Wilmington, DE 19808-1645
                                                                                               TOTAL: 3

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2015 at the address(es) listed below:

```
              Donald R Kirk    on behalf of Defendant    Bank of Utah dkirk@carltonfields.com,
               kathompson@carltonfields.com;jpelletier@carltonfields.com
              Donald R Kirk    on behalf of Defendant    LW Air II LLC dkirk@carltonfields.com,
               kathompson@carltonfields.com;jpelletier@carltonfields.com
              Jake C Blanchard    on behalf of Defendant    Nick's Plane, LLC jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant Catherine T. Callender jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    Beechwood Associates, LP jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    Mrs Air LLC jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant Michael C. Slocum jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    N724DB LLC jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    Franklin Research Group, Inc.
               jake@jakeblanchardlaw.com,    jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    Alternative Ventures LLC jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant David  Hayes jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    JV Plane Partners LLC jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    Travis Partners, LLC jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    DMGAAIR LLC jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant Douglas and Maureen  Cohn jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant David  Schulman jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    Triad Financial Services, Inc.
               jake@jakeblanchardlaw.com,    jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant Dant Greg  Wendt jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant    AGC Aviation LLC jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
              Jake C Blanchard    on behalf of Defendant Vernon and Sherian  Plaskett jake@jakeblanchardlaw.com,
               jake.c.blanchard@gmail.com;donna@jakeblanchardlaw.com
```

District/off: 113A-8           User: cellil                Page 3 of 3                    Date Rcvd: Jan 16, 2015
                               Form ID: 8advnh             Total Noticed: 37

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey I Snyder    on behalf of Plaintiff    Sun Financial, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Heelbuster, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Trio Travel, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Walsh Willett Aviation, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Mesquite Air Company, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    International Real Estate Holding Company, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff Clifford  Press jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Tudor Court Farms, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff Lynn C. Burt jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    M&T Enterprise Group, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Aircraft Ventures, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Greenspring Associates, LLC III jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff Robert  Burt jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Corporate Health Plans of America, Inc. jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Jeffrey I Snyder    on behalf of Plaintiff    Samolot, LLC jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
        Lynn Welter Sherman, Attorney for Trustee    on behalf of Defendant    Avantair, Inc. lynn.sherman@arlaw.com
        Scott L Baena    on behalf of Plaintiff    Corporate Health Plans of America, Inc. sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff Lynn C. Burt sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Tudor Court Farms, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff Robert  Burt sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Heelbuster, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Trio Travel, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Sun Financial, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff Clifford  Press sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Aircraft Ventures, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Walsh Willett Aviation, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Samolot, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    International Real Estate Holding Company, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Mesquite Air Company, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    M&T Enterprise Group, LLC sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com
        Scott L Baena    on behalf of Plaintiff    Greenspring Associates, LLC III sbaena@bilzin.com, lflores@bilzin.com;eservice@bilzin.com

        TOTAL: 51

**[8ADVNH]** [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:    Case No. 8:13−bk−09719−CPM
Chapter 7

Avantair, Inc.

_____Debtor(s)_____/

Clifford Press

et al

_____Plaintiff(s)
vs.    Adv. Pro. No. 8:14−ap−00319−CPM

Avantair, Inc.

et al

_____Defendant(s)_____/

NOTICE OF STATUS CONFERENCE

NOTICE IS HEREBY GIVEN THAT:

A Status Conference will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on March 30, 2015 at 11:00 AM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge , to consider and act upon the following matter:

Failure to File Settlement Documents
Status Conference

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED: January 16, 2015 .

FOR THE COURT
Lee Ann Bennett , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this order on interested parties.