# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **In re:** | Chapter 7 (Involuntary) |
| **AVANTAIR, INC.,** | Case No. 8:13-09719-CPM |
| Debtor, | |
| _____/ | |
| | Adv. No. 8:14-ap-00319-CPM |
| **CLIFFORD PRESS,** as authorized representative of the fractional owners of that certain aircraft bearing tail number N132SL, **AIRCRAFT VENTURES, LLC, ROBERT BURT, LYNN C. BURT, CORPORATE HEALTH PLANS OF AMERICA, INC., GREENSPRING ASSOCIATES, LLC III, HEELBUSTER, LLC, INTERNATIONAL REAL ESTATE HOLDING COMPANY, LLC, M&T ENTERPRISE GROUP, LLC, MESQUITE AIR COMPANY, LLC, SAMOLOT, LLC, SUN FINANCIAL, LLC, TRIO TRAVEL, LLC, TUDOR COURT FARMS, LLC,** and **WALSH WILLETT AVIATION, LLC** | |
| Plaintiff, | |
| v. | |
| **AVANTAIR, INC., AGC AVIATION LLC, ALTERNATIVE VENTURES LLC, BEECHWOOD ASSOCIATES, LP, CATHERINE T. CALLENDER, DOUGLAS AND MAUREEN COHN, DMGAAIR LLC, FINS & FEATHERS, LLC, FRANKLIN RESEARCH GROUP, INC., DAVID HAYES, JV PLANE PARTNERS LLC, MRS AIR LLC, N724DB LLC, NICK'S PLANE, LLC, VERNON AND SHERIAN PLASKETT,** as trustees of **THE PLASKETT FAMILY TRUST, DAVID SCHULMAN, MICHAEL C. SLOCUM, TRAVIS PARTNERS, LLC, TRIAD FINANCIAL** | |

**SERVICES, INC., GREG WENDT, LW AIR II LLC, AND BANK OF UTAH, as Owner Trustee;**

  **Defendant.**

_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

(A) Plaintiffs CLIFFORD PRESS, not individually, but solely in his capacity as authorized representative of 100% the fractional owners of that certain Piaggio Avanti P-180 aircraft, manufacturer serial number 1098, bearing tail number N132SL, AIRCRAFT VENTURES, LLC, ROBERT BURT, LYNN C. BURT, CORPORATE HEALTH PLANS OF AMERICA, INC., GREENSPRING ASSOCIATES, LLC III, HEELBUSTER, LLC, INTERNATIONAL REAL ESTATE HOLDING COMPANY, LLC, M&T ENTERPRISE GROUP, LLC, MESQUITE AIR COMPANY, LLC, SAMOLOT, LLC, SUN FINANCIAL, LLC, TRIO TRAVEL, LLC, TUDOR COURT FARMS, LLC, and WALSH WILLETT AVIATION, LLC (collectively "Plaintiffs"), (B) Defendants AGC AVIATION LLC, ALTERNATIVE VENTURES LLC, BEECHWOOD ASSOCIATES, LP, CATHERINE T. CALLENDER, DOUGLAS AND MAUREEN COHN, DMGAAIR LLC, FRANKLIN RESEARCH GROUP, INC., DAVID HAYES, JV PLANE PARTNERS LLC, MRS AIR LLC, N724DB LLC, NICK'S PLANE, LLC, VERNON AND SHERIAN PLASKETT, as trustees of THE PLASKETT FAMILY TRUST, DAVID SCHULMAN, MICHAEL C. SLOCUM, TRAVIS PARTNERS, LLC, TRIAD FINANCIAL SERVICES, INC., and GREG WENDT (the "N106 Defendants"), by and through their undersigned counsel, and (C) Defendant AVANTAIR, INC., by and through undersigned counsel for the duly-appointed Chapter 11 Trustee for the estate of Avantair, Inc., Beth Ann Scharrer, each hereby stipulate as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as made applicable to this adversary proceeding by Fed. R. Bankr. P. 7014, this adversary proceeding shall be dismissed without prejudice and without such dismissal acting as an adjudication on the merits of any claims asserted in this adversary proceeding. All parties in this action shall bear their own attorneys' fees and costs.

Dated: January 23, 2015.

| | |
|---|---|
| **BLANCHARD LAW, P.A.**<br>*Attorneys for N106 Defendants*<br>Blackstone Building, Sixth Floor<br>12350 S. Belcher Rd., 13B<br>Largo, FL  33773<br>Telephone:  (727) 531-7068<br>Facsimile:   (727) 535-2086<br><br>By: __/s/ Jake Blanchard_____<br>     JAKE C. BLANCHARD<br>     FLORIDA BAR NO.: 055438 | **BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**<br>*Attorneys for Plaintiffs*<br>1450 Brickell Avenue, Suite 2300<br>Miami, Florida 33131<br>Telephone: (305) 374-7580<br>Facsimile: (305) 374-7593<br><br>By: __/s/ Jeffrey Snyder_____<br>     JEFFREY I. SNYDER<br>     FLORIDA BAR NO.: 21281<br><br>**ADAMS & REESE, LLP**<br>Attorneys for Trustee<br>101 East Kennedy Blvd., Suite 4000<br>Tampa, FL 33602<br>Telephone: (813) 402-2880<br>Facsimile: (813) 402-2887<br><br>By: _/s/ Lynn Sherman_____<br>     LYNN W. SHERMAN<br>     FLORIDA BAR NO.: 375616 |