# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 7 (Involuntary) |
| AVANTAIR, INC., | Case No. 8:13-09719-CPM |
|       Debtor, | |
| _____/ | Adv. No. 8:14-ap-00319-CPM |
| CLIFFORD PRESS, as authorized representative of the fractional owners of that certain aircraft bearing tail number N132SL, AIRCRAFT VENTURES, LLC, ROBERT BURT, LYNN C. BURT, CORPORATE HEALTH PLANS OF AMERICA, INC., GREENSPRING ASSOCIATES, LLC III, HEELBUSTER, LLC, INTERNATIONAL REAL ESTATE HOLDING COMPANY, LLC, M&T ENTERPRISE GROUP, LLC, MESQUITE AIR COMPANY, LLC, SAMOLOT, LLC, SUN FINANCIAL, LLC, TRIO TRAVEL, LLC, TUDOR COURT FARMS, LLC, and WALSH WILLETT AVIATION, LLC | |
|       Plaintiff, | |
| v. | |
| AVANTAIR, INC., AGC AVIATION LLC, ALTERNATIVE VENTURES LLC, BEECHWOOD ASSOCIATES, LP, CATHERINE T. CALLENDER, DOUGLAS AND MAUREEN COHN, DMGAAIR LLC, FINS & FEATHERS, LLC, FRANKLIN RESEARCH GROUP, INC., DAVID HAYES, JV PLANE PARTNERS LLC, MRS AIR LLC, N724DB LLC, NICK'S PLANE, LLC, VERNON AND SHERIAN PLASKETT, as trustees of THE PLASKETT FAMILY TRUST, DAVID SCHULMAN, MICHAEL C. SLOCUM, TRAVIS PARTNERS, LLC, TRIAD FINANCIAL SERVICES, INC., GREG WENDT, LW AIR | |

**II LLC, AND BANK OF UTAH, as Owner Trustee;**

      **Defendant.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that Plaintiffs CLIFFORD PRESS, not individually, but solely in his capacity as authorized representative of 100% the fractional owners of that certain Piaggio Avanti P-180 aircraft, manufacturer serial number 1098, bearing tail number N132SL, AIRCRAFT VENTURES, LLC, ROBERT BURT, LYNN C. BURT, CORPORATE HEALTH PLANS OF AMERICA, INC., GREENSPRING ASSOCIATES, LLC III, HEELBUSTER, LLC, INTERNATIONAL REAL ESTATE HOLDING COMPANY, LLC, M&T ENTERPRISE GROUP, LLC, MESQUITE AIR COMPANY, LLC, SAMOLOT, LLC, SUN FINANCIAL, LLC, TRIO TRAVEL, LLC, TUDOR COURT FARMS, LLC, and WALSH WILLETT AVIATION, LLC (collectively "Plaintiffs"), having previously dismissed this adversary proceeding as to all other defendants by stipulation [ECF Nos. 28 & 43], hereby notices the dismissal of the above-styled adversary proceeding <u>without prejudice</u> as to the sole remaining defendant, FINS & FEATHERS, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

    Dated: January 29, 2015

                                                           Respectfully submitted,

                                                           **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
                                                           *Attorneys for Plaintiffs*
                                                           1450 Brickell Avenue, Suite 2300
                                                           Miami, FL 33131

                Telephone: (305) 374-7580
                Facsimile: (305) 375-7593

By: /s/   Jeffrey I. Snyder
    Scott L. Baena
    Fla. Bar No. 186445
    sbaena@bilzin.com
    Jeffrey I. Snyder
    Florida Bar No. 21281
    jsnyder@bilzin.com