# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 7 (Involuntary) |
| AVANTAIR, INC., | Case No. 8:13-09719-CPM |
|     Debtor, | |
| _____/ | Adv. No. 8:14-ap-00319-CPM |
| CLIFFORD PRESS, as authorized representative of the fractional owners of that certain aircraft bearing tail number N132SL, AIRCRAFT VENTURES, LLC, ROBERT BURT, LYNN C. BURT, CORPORATE HEALTH PLANS OF AMERICA, INC., GREENSPRING ASSOCIATES, LLC III, HEELBUSTER, LLC, INTERNATIONAL REAL ESTATE HOLDING COMPANY, LLC, M&T ENTERPRISE GROUP, LLC, MESQUITE AIR COMPANY, LLC, SAMOLOT, LLC, SUN FINANCIAL, LLC, TRIO TRAVEL, LLC, TUDOR COURT FARMS, LLC, and WALSH WILLETT AVIATION, LLC | |
|     Plaintiff, | |
| v. | |
| AVANTAIR, INC., AGC AVIATION LLC, ALTERNATIVE VENTURES LLC, BEECHWOOD ASSOCIATES, LP, CATHERINE T. CALLENDER, DOUGLAS AND MAUREEN COHN, DMGAAIR LLC, FINS & FEATHERS, LLC, FRANKLIN RESEARCH GROUP, INC., DAVID HAYES, JV PLANE PARTNERS LLC, MRS AIR LLC, N724DB LLC, NICK'S PLANE, LLC, VERNON AND SHERIAN PLASKETT, as trustees of THE PLASKETT FAMILY TRUST, DAVID SCHULMAN, MICHAEL C. SLOCUM, TRAVIS PARTNERS, LLC, TRIAD FINANCIAL SERVICES, INC., GREG WENDT, LW AIR | |

**II LLC, AND BANK OF UTAH, as Owner Trustee;**

 **Defendant.**

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Voluntary Dismissal of Adversary Proceeding* [ECF No. 45] was served via the Court's electronic filing upon all parties registered to receive notice as set forth on the attached service list on January 29, 2015 and via U.S. First Class Mail upon Fins & Feathers, LLC, c/o Dover Delaware Incorporators, LLC, 225 South State Street, Apt RBJ, Dover, DE 19901 on February 5, 2015.

Dated: February 5, 2015
.

           **BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**
           *Attorneys for Movants*
           1450 Brickell Avenue, Suite 2300
           Miami, Florida 33131
           Telephone: (305) 374-7580
           Facsimile: (305) 374-7593

           By:  /s/ Jeffrey I. Snyder_____
               Scott L. Baena, Esq.
               Florida Bar No. 186554
               sbaena@bilzin.com
               Jeffrey I. Snyder, Esq.
               Florida Bar No. 021281
               jsnyder@bilzin.com

## SERVICE LIST

Lynn Welter Sherman, Esq on behalf of Defendant Avantair, Inc. - lynn.sherman@arlaw.com
Jake C. Blanchard, Esq. on behalf of N106 Defendants - jake@blanchardlaw.com
Donald R. Kirk - dkirk@carltonfields.com